Elizabeth Sundberg, Successor Trustee to Charles A. Koepke, Deceased et al., Appellees, v. Clarence D. Matteson et al., Appellants.

Gen. No. 41,224.

opinion filed November 4, 1940; rehearing denied, November 18, 1940. William E. Helander and Peter K. DeVuono, for appellants; Louis W. Mack, *pro se;* Zimmerman & Norman, for appellees; Edward A. Zimmerman and William R. Engelhardt, of counsel. Opinion by JUSTICE McSURELY. "Not to be published in full."